# NACMIAS LAW FIRM PLLC

592 PACIFIC ST. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

July 23, 2024

District Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 906
New York, NY 10007

RE:    *JOSEPH VOLFMAN v. PEPRICO INC. d/b/a CACIO E PEPE and 182 SECOND AVENUE LLC*
       **DOCKET:  24-CV-04682 (MMG)**

Dear Judge Garnett,

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write jointly with defendants' counsel to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, including the date for defendants' to file an answer, and allow the parties thirty (30) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

By: _____

Andre Autz, Esq.
    *Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
T: 929-295-4759
aautz@nacmiaslaw.com